Cite as 2020 Ark. 424
# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| | **Opinion Delivered:** December 17, 2020 |
| IN RE APPOINTMENTS TO THE ARKANSAS CODE REVISION COMMISSION | |

**PER CURIAM**

Camille W. Bennett, Esq., of Scott, Robert F. Thompson III, Esq., of Paragould, and Vaughan Hankins, Esq., of Sherwood are appointed to the Arkansas Code Revision Commission for four-year terms to expire on March 31, 2024. The court thanks them for their willingness to undertake this important work.

The court expresses its gratitude to Haley Burks of Little Rock, Candice Settle of Van Buren, and Bettina E. Brownstein of Little Rock, whose terms have expired, for their years of dedicated service to the commission.